UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 20 PM 7:19
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

WORLDWIDE INTERNATIONAL BANK, LTD.
    Plaintiff

vs.

CIVIL NO. 98-2437 (JP)
CIVIL NO. 99-1540 (JP)

UNITED STATES OF AMERICA
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 14, 1999<br>**Docket:** #23<br>[X] **Plffs**  [] **Defts**<br>**Title:** Motion in Compliance With Court Order of August 20, 1999. | **NOTED AND GRANTED.** The United States shall produce on or before **September 30, 1999** the documents evidencing the amounts invested and the name of the lead investor, of the eighteen person identified in Appendix 1 of the Motion at bar. |

Date: **September 17, 1999.**

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #24