RECEIVED & FILED
1999 OCT -6 AM 8 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WORLDWIDE INTERNATIONAL BANK, LTD.
    Plaintiff

vs.

CIVIL NO. 98-2437 (JP)
CIVIL NO. 99-1540 (JP)

UNITED STATES OF AMERICA
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 29, 1999<br>**Docket:** # 25<br>[ ] **Plffs**    [x] **Defts**<br>**Title:** Motion for Extension of Time to Comply with Order. | **GRANTED.** The United States shall produce the documents pertaining to the amounts invested by various individuals in Worldwide's Banco Popular account on or before **October 8, 1999.** |

Date: 10/4/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    # 26