RECEIVED & FILED
1999 OCT 27 AM 8 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WORLDWIDE INTERNATIONAL BANK, LTD.
    Plaintiff

vs.

UNITED STATES OF AMERICA
    Defendant

CIVIL NO. 98-2437 (JP)
CIVIL NO. 99-1540 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: October 22, 1999<br>Docket: # __<br>[X] Plffs      [] Defts<br>Title: Informative Motion Regarding "United States' Motion in Response to Worldwide's Motion . . . ." | NOTED. The parties shall meet on or before **November 18, 1999** to exchange all relevant information and documents needed to move the case to a resolution and shall inform the Court of the result of their meeting by means of a joint informative motion on or before **November 24, 1999**. Before this conference, the parties shall confer to discuss the documents that will be necessary for the meeting. The Court wants to see this case resolved and expects that the time of the meeting is not used to agree to produce documents at a later date. The parties shall use the meeting to <u>obtain</u> the information and documents not to agree on what documents are needed. |

Date: 10/26/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:      # 29