UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT 28 AM 8:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

WORLDWIDE INTERNATIONAL BANK, LTD.
    Plaintiff

vs.

CIVIL NO. 98-2437 (JP)
CIVIL NO. 99-1540 (JP)

UNITED STATES OF AMERICA
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 22, 1999<br>**Docket:** # 27<br>[X] **Plffs**      [] **Defts**<br>**Title:** United States' Motion in Response to Worldwide's Motion in Compliance With Court Order of August 30, 1999 | **NOTED AND GRANTED.** The United States has submitted a copy of the records of several of the individuals listed by the United States as Worldwide Investors. The information regarding the remaining investors shall be provided on or before **October 22, 1999**. |

Date: 10/27/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #30