UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC -6 AM 8 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

WORLDWIDE INTERNATIONAL BANK, LTD.
    Plaintiff

vs.

CIVIL NO. 98-2437 (JP)
CIVIL NO. 99-1540 (JP)

UNITED STATES OF AMERICA
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 24, 1999<br>**Docket:** # 31<br>[X] **Plffs**      [X] **Defts**<br>**Title:** Motion in Compliance with Court Order | **NOTED.** Worldwide will verify the newest investor list and provide to the United States a list of the investors already identified who have offsetting loans with Worldwide. Also, Worldwide will identify which investors have filed separate claims against Worldwide and will provide a copy of its financial statements. Further, the parties shall publish on or before December 15, 1999 a notice on a newspaper of general circulation in Puerto Rico stating that any investor who may have a claim against Worldwide must come forth with relevant documentary evidence on or before December 31, 1999. The parties shall inform the Court of the status of this case through a Joint Informative Motion on or before **January 15, 2000.** |

Date: 12/6/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:      #32