UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JAN 21 AM 7: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

WORLDWIDE INTERNATIONAL BANK, LTD.
    Plaintiff

vs.

CIVIL NO. 98-2437 (JP)
CIVIL NO. 99-1540 (JP)

UNITED STATES OF AMERICA
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** January 10, 2000<br>**Docket:** # 33<br>[] **Plffs** [] **Defts** [x] **Other**<br>**Title:** Motion Requesting Permission to Withdraw Legal Representation | **DENIED.** The Court would like to allow Worldwide to obtain legal representation within limits. Worldwide shall obtain legal representation on or before February 1, 2000. Other wise the Court will take legal steps as sanctions to proceed in this case which may include dismissal of the Complaint, disallowance of the defenses raised by Worldwide as to the counterclaim or hearing to finally dispose of the case. |

Date: 11/20/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #35