RECEIVED & FILED
'00 FEB -7 AM 8 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WORLDWIDE INTERNATIONAL BANK, LTD.
    Plaintiff

vs.

CIVIL NO. 98-2437 (JP)
CIVIL NO. 99-1540 (JP)

UNITED STATES OF AMERICA
    Defendant

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** January 18, 2000<br>**Docket:** # 34<br>[ ] **Plffs** [X] **Defts**<br>**Title:** United States' Motion in Compliance With Court Order | **NOTED.** Defendant states that on December 15, 1999, a notice was published in El Nuevo Día whereby the general public was informed that any potential claimant against Worldwide or Flamboyant Management & Trust, Ltd. had to bring forth evidence of such claim by December 31, 1999 to the U.S. Attorney's Office. Defendant states that several new claimants brought documentary evidence of their investments, accounting for approximately $250,000.00. |

Date: 2/2/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:            EOD:

By:              #36