RECEIVED & FILED
2000 FEB 17 AM 8 03

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WORLDWIDE INTERNATIONAL BANK, LTD.
    Plaintiff

vs.

CIVIL NO. 98-2437 (JP)
CIVIL NO. 99-1540 (JP)

UNITED STATES OF AMERICA
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 14, 2000<br>**Docket:** # 38<br>[X] Plffs [ ] Defts<br>**Title:** Motion in Regard to Order of January 20, 2000. | **GRANTED.** Worldwide shall obtain legal representation on or before **March 1, 2000**, and shall inform the Court of said representation on even date. The Law Offices of Francisco M. Troncoso will not be relieved as attorneys of record until Worldwide announces new legal representation and the Court enters an order noting such announcement. |

Date: 2/16/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:         EOD:

By:            # 39