UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

vs.

$1,775,497.00 IN FUNDS SEIZED FROM BANCO
POPULAR ACCOUNT NO. 004-205510
    Defendant

CIVIL NO. 99-1540 (JP)

## ORDER

### RULING

In view that the Court has dismissed 98-2437(JP), the parties shall file a joint motion informing the Court as to the status of 99-1540(JP) on or before **March 3, 2000**.

Date: 2/16/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #

(40)