UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR 13 AM 7:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

WORLDWIDE INTERNATIONAL BANK, LTD.
 Plaintiff

vs.

CIVIL NO. 98-2437 (JP)
CIVIL NO. 99-1540 (JP)

UNITED STATES OF AMERICA
 Defendant

# ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** March 3, 2000<br>**Docket:** # 41<br>[X] **Plffs** [X] **Defts** [] Other<br>**Title:** Joint Motion in Compliance With Court Order of February 16, 2000 | NOTED. Worldwide shall produce the pending information ordered to be produced in the November 15, 1999 meeting on or before **April 17, 2000.** (Docket 43 is identical to Docket 41, except for the fact that counsel for Worldwide signed the former and not the latter. Therefore, this order addresses Docket 43 as well. Docket 42 is a notice to the court with regards to the fact that Mr. Schell had not signed Docket 41, but that he agreed with its contents, as later confirmed by Docket 43. Thus, Docket 42 is also addressed in this order.) The law offices of Francisco Troncoso, by Mr. Troncoso and Mr. Schell, shall remain counsel for Worldwide until new counsel appears. In view that counsel has sought withdrawal of representation, Worldwide shall retain new counsel who shall file an appearance on or before April 17, 2000. Failure to do so will result in the dismissal of its complaint and the striking of all defenses brought by the United States against it. (This order modifies the order ruling on the motion for reconsideration filed by the law offices of Francisco Troncoso on this matter). |
| Date: 3/10/00 | JAIME PIERAS, JR.<br>U.S. Senior District Judge |
| | Rec'd:        EOD:<br>By:          # 46 |