UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WORLDWIDE INTERNATIONAL BANK, LTD.
    Plaintiff

vs.

UNITED STATES OF AMERICA
    Defendant

CIVIL NO. 98-2437 (JP)
CIVIL NO. 99-1540 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: March 7, 2000<br>Docket: # 44<br>[] Plffs  [] Defts  [x] Other<br>Title: Motion for Reconsideration | DENIED. This is a federal court, not a parking garage to leave cases parked until something arises. |

Date: 3/10/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: no    # 47