RECEIVED & FILED

'00 MAY -4 PM 3. 39

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

WORLDWIDE INTERNATIONAL BANK, LTD.
      Plaintiff

vs.

                         CIVIL NO. 98-2437 (JP)
                         CIVIL NO. 99-1540 (JP)

UNITED STATES OF AMERICA
      Defendant

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** April 25, 2000<br>Docket: #48<br>[X ] **Plffs**        [] **Defts**<br>**Title:** USA's Third Request to Strike | **GRANTED.** In view that Worldwide failed to retain legal representation by **April 17, 2000** and provide pending information as ordered by the Court, the Court hereby **DISMISSES** their claims and strikes all defenses in 98-2437(JP) and 99-1540(JP). The Court will enter judgment accordingly. The United States shall file a motion on or before **May 24, 2000,** outlining the status of the case so that the Court can proceed accordingly. |

Date: 5/3/00

**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| **By:** | #50 |