IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILE
'00 MAY -4 PM 3.
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| Plaintiff * | |
| * | |
| vs. * | CIVIL NO. 98-2437 (JP) |
| * | |
| $1,775,497.00 IN FUNDS SEIZED FROM * | |
| BANCO POPULAR ACCOUNT NO. * | |
| 004-205510 * | |
| Defendant * | |
| * | |

### J U D G M E N T

In accordance with the Order entered on this date ruling on the United States' Third Request to Strike (docket No. 48), the Court hereby **DISMISSES** Claimant Worldwide's causes of action filed under 98-2437 and all defenses raised in 99-2540(JP). These cases have been consolidated.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, this 3rd day of May, 2000.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)

