UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JUN -6 AM 7: 21
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P R

WORLDWIDE INTERNATIONAL BANK, LTD.
    Plaintiff

vs.

CIVIL NO. 98-2437 (JP)
CIVIL NO. 99-1540 (JP)

UNITED STATES OF AMERICA
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 24, 2000<br>Docket: #54<br>[X] **Plffs** [] **Defts** [x] **Other**<br>Title: United States' Motion in Compliance With Court Order. | **NOTED.** The Court, however, has ordered Worldwide to appear with new counsel on or before **June 29, 2000**. If Worldwide does not comply with that order, the United States may renew its motion for entry of default decree. This order therefore also disposes of docket no. 53, the United States Motion for Entry of Default Decree. |
| Date: 6/2/00 | JAIME PIERAS, JR.<br>U.S. Senior District Judge |
| | Rec'd:      EOD: |
| | By:      # 55 |