UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WORLDWIDE INTERNATIONAL BANK, LTD.
    Plaintiff

vs.

CIVIL NO. 98-2437 (JP)
CIVIL NO. 99-1540 (JP)

UNITED STATES OF AMERICA
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: April 27, 2000<br>Docket: #49<br>[] Plffs  [] Defts  [x] Other<br>Title: Motion Regarding the Disclosure of the Names of Worldwide's Investors and Requesting Reconsideration of Order Denying the Undersigned's Request of Order to Withdraw Legal Representation | On or before June 16, 2000, the United States Attorney shall file a motion stating his position with regards to the issue of disclosure of documents. As to the issue of legal representation, if Worldwide does not retain new counsel on or before. The Court will allow the law firm of Francisco Troncoso to withdraw as attorney of record. Worldwide must retain new counsel on or before **June 29, 2000** and counsel shall file a notice of appearance on or before even date. Failure to do so will result in the entry of default against Worldwide. |

Date: 6/2/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:      # 56