UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WORLDWIDE INTERNATIONAL BANK, LTD.
    Plaintiff

vs.

CIVIL NO. 98-2437 (JP)
CIVIL NO. 99-1540 (JP)

UNITED STATES OF AMERICA
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: June 16, 1999<br>Docket: # 57<br>[X] Plffs    [] Defts<br>Title: Motion in Compliance With Court Order of June 2, 2000 | In view that Worldwide has failed to comply with the Court's order on June 6, 2000 (docket No. 56), the Court hereby enters **DEFAULT** against Worldwide. The Court takes notice of the United States Motion in Compliance with Court Order of June 2, 2000 (docket No. 57). The United States shall show cause on or before **August 14, 2000** as to why the Court should not enter final judgment against claimant. |

Date: 7/26/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #59